UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **FRANK S. BUCCAFURNO,** | : | VIOLATIONS: 18 U.S.C. § 1001 |
| **Defendant.** | : | (Fictitious or Fraudulent Statement); |
| | : | 18 U.S.C. § 1028(a)(4) |
| | : | (Possession of False Identification Documents |
| | : | With Intent to Defraud the United States); |
| | : | 18 U.S.C. § 1542 |
| | : | (False Statement in Application for a Passport) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about January 18, 2000, in London, England, in a matter within the jurisdiction of the United States Department of State, the defendant, **FRANK S. BUCCAFURNO**, a citizen of the United States, did knowingly and willfully make use of a false document, that is, an application for passport by mail, knowing the same to contain a materially false, fictitious, or fraudulent statement or entry.

(**Fictitious or Fraudulent Statements**, in violation of Title 18, United States Code, Section 1001)

## COUNT TWO

On or about January 18, 2000, in London, England, the defendant, **FRANK S. BUCCAFURNO**, did possess an identification document other than one issued lawfully for the use of the defendant, a false identification document, to wit, United States passport No. 042748177 issued to an individual named James Royal Wallrabenstein, with the intent that such document be used to defraud the United States.

(**Possession of False Identifications Documents with Intent to Defraud the United States**, in violation of Title 18, United States Code, Section 1028(a)(4))

## COUNT THREE

On or about January 18, 2000, in London, England, the defendant, **FRANK S. BUCCAFURNO**, did willfully and knowingly use or attempt to use United States passport No. 042748177, issued under the authority of the United States to an individual named James Royal Wallrabenstein, the issuance of which was secured by reason of a false statement made in the application therefor which provided false identification information for the defendant, and which said passport the defendant used or attempted to use unlawfully.

(**False Statement in Application for Passport**, in violation of Title 18, United States Code, Section 1542)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.