# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | :    **CRIMINAL NO. 07-038 (GK)** |
| **v.** | : |
| **FRANK BUCCAFURNO,** | : |
| **Defendant.** | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney B. Patrick Costello, Jr., at telephone number (202) 514-7364 and/or email address B.Patrick.Costell@usdoj.gov . B. Patrick Costello, Jr. will substitute for Assistant United States Attorney Jean Sexton as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

            /s/
B. PATRICK COSTELLO, JR
Assistant United States Attorney
Federal Major Crimes Section,
555 4th Street, NW, Room 4235
Washington, DC 20530
(202) 514-7364
B.Patrick.Costello@usdoj.gov